## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-mj-84 (ZMF) |
| | : | |
| NICHOLAS ANTHONY MONCADA, | : | VIOLATION: |
| Defendant. | : | 40 U.S.C. §§ 5104(e)(2)(G) (Parading, |
| | : | Demonstrating, or Picketing in a |
| | : | Capitol Building) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **NICHOLAS ANTHONY MONCADA** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building,** in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    */s/ Emory V. Cole*
       EMORY V. COLE
       Assistant United States Attorney
       PA. Bar Number 49136
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 252-7692
       Emory.Cole@usdoj.gov